# EXHIBIT A



Judicial Links     |     eFiling     |     Help     |     Contact Us     |     Print          GrantedPublicAccess   Logoff JDCOMERFORD74

**19SF-CC00012 - DAVID MADRY V. GEORGE KOCH SONS, LLC, ET AL. (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries:  ● Descending  ○ Ascending

Display Options: All Entries ▼

---

02/05/2019   ☐ **Summons Personally Served**
Document ID - 19-SMOS-3; Served To - MUELLER, TYSON; Server - ; Served Date - 28-JAN-19; Served Time - 12:51:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**
**Filed By:** JEREMY ANDREW GOGEL
**On Behalf Of:** DAVID MADRY

02/01/2019   ☐ **Summons Personally Served**
Document ID - 19-SMOS-2; Served To - GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN; Server - ; Served Date - 24-JAN-19; Served Time - 09:50:00; Service Type - Special Process Server; Reason Description - Served

☐ **Notice of Service**
**Filed By:** JEREMY ANDREW GOGEL
**On Behalf Of:** DAVID MADRY

01/24/2019   ☐ **Summons Personally Served**
Document ID - 19-SMCC-40; Served To - LORENZ, BRANDON; Server - ; Served Date - 23-JAN-19; Served Time - 13:35:00; Service Type - Sheriff Department; Reason Description - Served

01/14/2019   ☐ **Summons Issued-Circuit**
Document ID: 19-SMOS-3, for MUELLER, TYSON.

☐ **Summons Issued-Circuit**
Document ID: 19-SMCC-40, for LORENZ, BRANDON.

☐ **Judge Assigned**

☐ **Summons Issued-Circuit**
Document ID: 19-SMOS-2, for GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN.

01/11/2019   ☐ **Filing Info Sheet eFiling**
**Filed By:** JEREMY ANDREW GOGEL

☐ **Pet Filed in Circuit Ct**
**On Behalf Of:** DAVID MADRY

---

**19SF-CC00012**

Electronically Filed - St. Francois - January 11, 2019 - 03:34 PM

## IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY
## STATE OF MISSOURI

| | | |
|---|---|---|
| **DAVID E. MADRY,** | ) | |
| | ) | Case No.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Division No.: |
| | ) | |
| **GEORGE KOCH SONS, LLC d/b/a** | ) | |
| **PRICE WALGREN,** | ) | |
| | ) | |
| **Serve Registered Agent at:** | ) | |
| | ) | |
| **Koch Enterprises, Inc.** | ) | |
| **10 S. Eleventh Ave.** | ) | |
| **Evansville, IN 47712** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **BRANDON LORENZ,** | ) | |
| | ) | |
| **Serve at POE:** | ) | |
| | ) | |
| **2055 Progress Dr.** | ) | |
| **Farmington, MO 63640** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **TYSON MUELLER,** | ) | |
| | ) | |
| **Serve at POE:** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **1209 Tarheel Road** | ) | |
| **Charlotte, NC 28208** | ) | **AMOUNT IN CONTROVERSY** |
| | ) | **EXCEEDS $25,000.00** |
| Defendants. | ) | |

## PETITION

COMES NOW Plaintiff, David E. Madry, by and through his undersigned counsel, and for his Petition against Defendants George Koch Sons, LLC d/b/a Price Walgren, Brandon Lorenz, and Tyson Mueller, states as follows:

Electronically Filed - St. Francois - January 11, 2019 - 03:34 PM

1.  Plaintiff David E. Madry ("David") is a citizen and resident of St. Francois County, Missouri.

2.  Defendant George Koch Sons, LLC d/b/a Price Walgren ("Price") is a company with its principal place of business in the State of Michigan.

3.  Defendant Brandon Lorenz ("Lorenz") is a citizen and resident of the State of Missouri.

4.  Defendant Tyson Mueller ("Mueller") is a citizen and resident of the State of North Carolina.

5.  Venue in this Court is proper under RSMo. 508.010.

6.  On or about August 9, 2015, David was performing maintenance on an overhead crane at a plant for his employer, SRG Global, in Farmington, Missouri.

7.  The crane that David was performing maintenance on was manufactured and installed by Price.

8.  The plant manager at the time of this incident was Mueller, and the maintenance supervisor at the time of the incident was Lorenz.

9.  After the crane was originally installed by Price, the plant policy was that when maintenance was performed on the crane, the power to the crane had to be terminated at the pain disconnect panel in the rear of the plant.

10. At some point after the crane was installed, but before the incident that gave rise to this action occurred, the policy was changed by Mueller and Lorenz that the power to the crane was to be terminated at a switch located at the crane.

11. The purpose of the policy change by Mueller and Lorenz was to save time from having employees walk to the rear of the building and back.

12. On August 9, 2015, David attempted to turn the power off to the crane per the amended policy instituted by Mueller and Lorenz, but unbeknownst to him, there was still power coming to the crane due to an improperly installed jumper by Price.

Electronically Filed - St. Francois - January 11, 2019 - 03:34 PM

13. Because of the power still coming to the crane, the crane started moving, knocking David off of a ladder, causing injuries to his leg and back.

## COUNT I - GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN

14. David incorporates the foregoing paragraphs as if fully set forth herein.

15. The foregoing incident and the injuries to David were directly caused or contributed to be caused by Price's negligence in the manufacture or installation of the crane by improperly installing a jumper that caused power to continue to run to the crane despite it attempting to be switched off at the crane.

16. Price, in its manufacture and installation of the crane owed a duty to its users, such as David, to ensure that when the power was attempted to be switched off at the crane, that the power, in fact, would cease running to the crane.

17. Price breached its duty to David by failing to ensure that power would cease running to the crane when switched off at the crane itself.

18. The incident involving David was foreseeable given David's reasonable expectation that the power to the crane had ceased.

WHEREFORE Plaintiff prays for judgment against Defendant Price in a sum exceeding Twenty-Five Thousand Dollars ($25,000.00) that is fair and reasonable to compensate Plaintiff for injuries along with court cost incurred in this action, all interest allowed under Missouri law, and for such other relief this Court deems just and proper under the circumstances.

## COUNT II – BRANDON LORENZ

19. David incorporates the foregoing paragraphs as if fully set forth herein.

20. The foregoing incident and the injuries to David were directly caused or contributed to be caused by Lorenz's negligence in instituting a plant policy of requiring employees to only turn the power off to the crane at the crane itself rather than at the main panel.

Electronically Filed - St. Francois - January 11, 2019 - 03:34 PM

21. Lorenz instituted this policy purposefully, and in so doing, increased the risk of injury to the crane's users, such as David.

WHEREFORE Plaintiff prays for judgment against Defendant Lorenz in a sum exceeding Twenty-Five Thousand Dollars ($25,000.00) that is fair and reasonable to compensate Plaintiff for injuries along with court cost incurred in this action, all interest allowed under Missouri law, and for such other relief this Court deems just and proper under the circumstances.

## COUNT III – TYSON MUELLER

22. David incorporates the foregoing paragraphs as if fully set forth herein.

23. The foregoing incident and the injuries to David were directly caused or contributed to be caused by Mueller's negligence in instituting a plant policy of requiring employees to only turn the power off to the crane at the crane itself rather than at the main panel.

24. Mueller instituted this policy purposefully, and in so doing, increased the risk of injury to the crane's users, such as David.

WHEREFORE Plaintiff prays for judgment against Defendant Mueller in a sum exceeding Twenty-Five Thousand Dollars ($25,000.00) that is fair and reasonable to compensate Plaintiff for injuries along with court cost incurred in this action, all interest allowed under Missouri law, and for such other relief this Court deems just and proper under the circumstances.

Respectfully submitted,

THE GOGEL LAW FIRM

*/s/ Jeremy A. Gogel*

Jeremy A. Gogel, #61866
4542 West Pine Boulevard
St. Louis, MO 63108
Phone: (314) 775-3864
Fax: (314) 531-1069
jeremy@gogellawfirm.com

Electronically Filed - St. Francois - January 11, 2019 - 03:34 PM

**Attorney for Plaintiff**

## IN THE TWENTY-FOURTH JUDICIAL CIRCUIT OF MISSOURI

### ORDER ASSIGNING JUDGE

IN THE MATTER OF:

DAVID MADRY
VS                                              CASE NO. 19SF-CC00012
GEORGE KOCH SONS, LLC, ET AL


NOW ON THIS ___14th___ day of ___January___, 20 _19_, the

undersigned, as Presiding Judge of the Twenty-fourth Judicial Circuit, pursuant

to the powers granted by statute and local court rules, does assign the above-

styled cause to the Honorable _____Wendy Wexler Horn_____.

IT IS FURTHER ORDERED that the judge assigned hereby shall have all

powers and responsibilities for this cause as assigned by operation of law and

the same shall continue until final disposition of the above-styled matter.   The

clerk is ordered to notify said Judge and counsel of this appointment.


WENDY WEXLER HORN
PRESIDING JUDGE
24TH JUDICIAL CIRCUIT



# IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WENDY LYNN WEXLER HORN | Case Number:  19SF-CC00012 |
| Plaintiff/Petitioner:<br>DAVID MADRY | Plaintiff's/Petitioner's Attorney/Address<br>JEREMY ANDREW GOGEL<br>4542 W. Pine Blvd.<br>ST LOUIS, MO  63108 |
| vs. | |
| Defendant/Respondent:<br> GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN | Court Address:<br>1 N WASHINGTON<br>FARMINGTON, MO  63640 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  BRANDON LORENZ
Alias:

2055 PROGRESS DRIVE
FARMINGTON, MO  63640

*COURT SEAL OF*

*ST. FRANCOIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

01/14/2018        /s/VICKI WEIBLE, by Terri Carrow
_____    _____
Date               Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
Date            Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| Judge or Division: | Case Number:  19SF-CC00012 |
|---|---|
| Plaintiff/Petitioner:<br>DAVID MADRY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JEREMY ANDREW GOGEL<br>4542 W. Pine Blvd.<br>ST LOUIS, MO  63108 |
| Defendant/Respondent:<br>GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN | Court Address:<br>1 N WASHINGTON<br>FARMINGTON, MO  63640 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: | GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN |
|---|---|

**Alias:**

10 SOUTH ELEVENTH AVE.
EVANSVILLE, IN  47712

**COURT SEAL OF**

**ST. FRANCOIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 01/14/2018 | /s/VICKI WEIBLE, by Terri Carrow |
|---|---|
| Date | Clerk |

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WENDY LYNN WEXLER HORN | Case Number:  19SF-CC00012 |
| Plaintiff/Petitioner:<br>DAVID MADRY<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>JEREMY ANDREW GOGEL<br>4542 W. Pine Blvd.<br>ST LOUIS, MO  63108 |
| Defendant/Respondent:<br>GEORGE KOCH SONS, LLC D/B/A PRICE<br>WALGREN | Court Address:<br>1 N WASHINGTON<br>FARMINGTON, MO  63640 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| | |
|---|---|
| **The State of Missouri to:**  TYSON MUELLER<br>Alias:<br><br>**1209 TARHEEL ROAD<br>CHARLOTTE, NC  28208**<br><br>*COURT SEAL OF*<br><br>*ST. FRANCOIS COUNTY* | You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.<br><br>01/14/2019             /s/VICKI WEIBLE, by Terri Carrow<br>      Date                              Clerk<br>Further Information: |

## Officer's or Server's Affidavit of Service

I certify that:

1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____      _____<br>       Printed Name of Sheriff or Server                           Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)

☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____<br>                           Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



## IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| Judge or Division:<br>WENDY LYNN WEXLER HORN | Case Number:  19SF-CC00012 |
|---|---|
| Plaintiff/Petitioner:<br>DAVID MADRY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEREMY ANDREW GOGEL<br>4542 W. Pine Blvd.<br>ST LOUIS, MO  63108 |
| Defendant/Respondent:<br> GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN | Court Address:<br>1 N WASHINGTON<br>FARMINGTON, MO  63640 |
| Nature of Suit:<br>CC Pers Injury-Other | |

**FILED**

JAN 2 4 2019

**VICKI J. WEIBLE, CIRCUIT CLERK
ST. FRANCOIS COUNTY, MO**

(Date File Stamp)

### Summons in Civil Case

The State of Missouri to:  BRANDON LORENZ
Alias:

**2055 PROGRESS DRIVE
FARMINGTON, MO 63640**

*COURT SEAL OF*

**ST. FRANCOIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

__01/14/2018__ __/s/VICKI WEIBLE, by Terri Carrow__
Date      Clerk

Further Information:

#### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _DANIELL THOMPSON_, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at _2055 PROGRESS DR  FARMINGTON MO 63640_ (address)
in _____ (County/City of St. Louis), MO, on _1-23-19_ (date) at _1:35 PM_ (time).

_G. WINDSOR #903_          _G Winder #903_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _20 00_ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ _10.00_ |
| Mileage | $ _1.16_ ( ___ miles @ $___ per mile) |
| **Total** | $ _31.16_  _paid check 2600_ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

_153289_

Electronically Filed - St. Francois - February 01, 2019 - 11:40 AM



**IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI**

| Judge or Division: | Case Number: **19SF-CC00012** |
|---|---|
| Plaintiff/Petitioner:<br>DAVID MADRY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEREMY ANDREW GOGEL<br>4542 W. Pine Blvd.<br>ST LOUIS, MO 63108 |
| Defendant/Respondent:<br>GEORGE KOCH SONS, LLC D/B/A PRICE<br>WALGREN | Court Address:<br>1 N WASHINGTON<br>FARMINGTON, MO 63640 |
| Nature of Suit:<br>CC Pers Injury-Other | |

**RECEIVED**
**JAN 2 2 2019**
Vanderburgh Co. Sheriff's Office

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   **GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN**
Alias:

**10 SOUTH ELEVENTH AVE.**
**EVANSVILLE, IN  47712**

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**ST. FRANCOIS COUNTY**

| 01/14/2018 | /s/VICKI WEIBLE, by Terri Carrow |
|---|---|
| Date | Clerk |

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Civil Process Server_ of _Vanderburgh_ County, _Indiana_ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____

Served at _10 S 11th Ave_ (address)
in _Vanderburgh_ County, _In_ (state), on _Jan 24_ (date) at _9:50 Am_ (time).

_Bob Miller_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to before me this** _24_ (day) _Jan_ (month) _2019_ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☒ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_Janie Ames   Notary_
Signature and Title

(Seal)

JAMIE AMES
NOTARY PUBLIC
SEAL
STATE OF INDIANA
My Commission Expires: May 17, 2026
Commission Number: NP0712707

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| Total | $_____ |

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 19-SMOS-2          1 of 2   **(19SF-CC00012)**          Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Electronically Filed - St. Francois - February 01, 2019 - 11:40 AM

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

## SIGNATURE REQUIRED ON THIS SLIP

**PERSON OR CORPORATION:** George Koch Sons

**ADDRESS:** 10 S 11th Ave

**LEGIBLE SIGNATURE:** _Jack Spainhour_

**PRINTED NAME:** Jack Spainhour

**DATE:** 1/24/19    **TIME:** 9:50 AM

**PERSON SERVING:** Bob Miller    **TRAY#:**

Electronically Filed · St. Francois · February 05, 2019 - 11:17 AM

**State of North Carolina/Mecklenburg County**
**OUT OF STATE AFFIDAVIT OF SERVICE**

**PERSONALLY APPEARED** before me, the undersigned authority, _A Stith x 3115_
Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of
Mecklenburg, State of North Carolina, serving the defendant by the laws governing service of Civil
Process within the State of North Carolina, he/she delivered to the within named Defendant/ Respondent
at the following time(s) and place(s) to wit:

**Received Date/Time:** _1-24-19_

**Defendant/ Respondent:** _Tyson Mueller_

**Division:** _____ **Case Number:** _19SF-CC00012_
(If Applicable)

**Type(s) of Process:** ☒ Summons ☐ Complaint ☐ Lis Pendens ☐ Notice ☐ Child Support ☐ A&P
(Check All That Apply) ☐ Other: _____

On: _1-28-19_ at: _1251_ am/pm
(Date) (Time)

☒ **Individual Service:** The Defendant/Respondent listed above was served personally at
_1209 Tarheel Road Charlotte NC 28208_ on
the date and time listed above. (Location, Address)

☐ **Substitute Service:** Service was completed by leaving a true copy of the process listed above
with _____ at _____
(Name, Relationship) (Location)
on the date and time listed above. (Address)

☐ **Corporate, LLC, Partnership, Association or Government Service:** By leaving a true copy
of the process listed above with _____
(Name, Title)
at _____ of the said entity
on the date and time listed above. (Location, Address)

☐ **Non-Service:** Service of the process listed above was not completed at _____
(Location)
_____ on the Defendant/Respondent listed above for
(Address)
the following reason: _____ on
the date and time listed above.

**Garry L. McFadden,**
**Sheriff Mecklenburg County NC**

By: _____ x 3115 _1-28-19 @ 1251_
**Deputy Sheriff** **Date/Time**
**Mecklenburg County Sheriff's Office**

Sworn to and subscribed before me,
This _29th_ day of, _Jan_ 20 _19_

_Jennifer A Nelson_
**Notary Public**

My commission expires: _09/01/2021_

JENNIFER A NELSON
My Commission Expires
09-01-2021
NOTARY PUBLIC
UNION COUNTY, NC

700 East Fourth Street Charlotte, NC 28202 Phone: 704-336-2543 Fax: 704-432-3763
http://www.mecksheriff.com

MCSO Executive Staff Approved Rev. 7/22/14



**IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI**

| Judge or Division:<br>WENDY LYNN WEXLER HORN | Case Number: 19SF-CC00012 |
|---|---|
| Plaintiff/Petitioner:<br>DAVID MADRY | Plaintiff's/Petitioner's Attorney/Address:<br>JEREMY ANDREW GOGEL<br>4542 W. Pine Blvd.<br>ST LOUIS, MO 63108 |
| vs. | |
| Defendant/Respondent:<br>GEORGE KOCH SONS, LLC D/B/A PRICE WALGREN | Court Address:<br>1 N WASHINGTON<br>FARMINGTON, MO 63640 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

<div align="center">

**Summons for Personal Service Outside the State of Missouri**
**(Except Attachment Action)**

</div>

The State of Missouri to: **TYSON MUELLER**
**Alias:**

1209 TARHEEL ROAD
CHARLOTTE, NC 28208

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*ST. FRANCOIS COUNTY*

| 01/14/2019 | /s/VICKI WEIBLE, by Terri Carrow |
|---|---|
| Date | Clerk |

Further Information:

<div align="center">

**Officer's or Server's Affidavit of Service**

</div>

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy Sheriff_ of _Mecklenburg_ County, _North Carolina_ (state).
3. I have served the above summons by: (check one)
   [✓] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   [ ] other: _____

Served at _1209 Tarheel Road_ (address)
in _Mecklenburg_ County, _North Carolina_ (state), on _1-88-19_ (date) at _1251 HrS_ (time).
_A.Dett x3115_                    _(signature) x3115_
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Subscribed and sworn to** before me this ___ (day) ___ (month) ___ (year).
I am: (check one) [ ] the clerk of the court of which affiant is an officer.
[ ] the judge of the court of which affiant is an officer.
[ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
[ ] authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( ___ miles @ $___ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 19-SMOS-3      1 of 2  **(19SF-CC00012)**      Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Electronically Filed - St. Francois - February 05, 2019 - 11:17 AM

Electronically Filed - St. Francois - February 05, 2019 - 11:17 AM

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - St. Francois - February 05, 2019 - 11:17 AM

**State of North Carolina/Mecklenburg County**
**OUT OF STATE AFFIDAVIT OF SERVICE**

**PERSONALLY APPEARED** before me, the undersigned authority, _A Stitt x 3115_
Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of
Mecklenburg, State of North Carolina, serving the defendant by the laws governing service of Civil
Process within the State of North Carolina, he/she delivered to the within named Defendant/ Respondent
at the following time(s) and place(s) to wit:

Received Date/Time: _1-24-19_

**Defendant/ Respondent:** _Tyson Mueller_

**Division:** _____ **Case Number:** _19SF-CC00012_
(If Applicable)

**Type(s) of Process:** ☒ Summons ☐ Complaint ☐ Lis Pendens ☐ Notice ☐ Child Support ☐ A&P
(Check All That Apply)   ☐ Other: _____

On: _1-28-19_   at: _1251_   am/pm
(Date)   (Time)

☒ **Individual Service:** The Defendant/Respondent listed above was served personally at
_1209 Tardeel Road Charlotte NC 28208_ on
the date and time listed above.   (Location, Address)

☐ **Substitute Service:** Service was completed by leaving a true copy of the process listed above
with _____ at _____
(Name, Relationship)   (Location)
on the date and time listed above.   (Address)

☐ **Corporate, LLC, Partnership, Association or Government Service:** By leaving a true copy
of the process listed above with _____
(Name, Title)
at _____ of the said entity
(Location, Address)
on the date and time listed above.

☐ **Non-Service:** Service of the process listed above was not completed at _____
(Location)
_____ on the Defendant/Respondent listed above for
(Address)
the following reason: _____ on
the date and time listed above.

**Garry L. McFadden,**   By: _____ x 3115   _1-28-19 @ 1251_
**Sheriff Mecklenburg County NC**   **Deputy Sheriff**   Date/Time
**Mecklenburg County Sheriff's Office**

Sworn to and subscribed before me,
This _29th_ day of, _Jan_ 20 _19_

_Jenn A Nelson_
**Notary Public**

My commission expires: _09/01/2021_

700 East Fourth Street Charlotte, NC 28202 Phone: 704-336-2543 Fax: 704-432-3763
http://www.mecksheriff.com

MCSO Executive Staff Approved Rev. 7/22/14

Electronically Filed · St. Francois · February 05, 2019 - 11:17 AM



## IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WENDY LYNN WEXLER HORN | Case Number: 19SF-CC00012 |
| Plaintiff/Petitioner:<br>DAVID MADRY | Plaintiff's/Petitioner's Attorney/Address:<br>JEREMY ANDREW GOGEL<br>4542 W. Pine Blvd.<br>ST LOUIS, MO  63108 |
| vs. | |
| Defendant/Respondent:<br>GEORGE KOCH SONS, LLC D/B/A PRICE<br>WALGREN | Court Address:<br>1 N WASHINGTON<br>FARMINGTON, MO  63640 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to: **TYSON MUELLER**
**Alias:**

**1209 TARHEEL ROAD**
**CHARLOTTE, NC 28208**

*COURT SEAL OF*

*ST. FRANCOIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 01/14/2019 | /s/VICKI WEIBLE, by Terri Carrow |
|---|---|
| Date | Clerk |

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy Sheriff_ of _Mecklenburg_ County, _North Carolina_ (state).
3. I have served the above summons by: (check one)
   - [x] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [ ] other: _____

Served at _1209 Tarheel Road_ (address)
in _Mecklenburg_ County, _North Carolina_ (state), on _1-28-19_ (date) at _1251 HRS_ (time).
_A.Blitt x3115_                           _____ x 3115_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) [ ] the clerk of the court of which affiant is an officer.
[ ] the judge of the court of which affiant is an officer.
[ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
[ ] authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to officer making return on service of summons.

Electronically Filed - St. Francois - February 05, 2019 - 11:17 AM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) **On Individual.** On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) **On Guardian.** On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) **On Corporation, Partnership or Other Unincorporated Association.** On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) **On Public or Quasi-Public Corporation or Body.** Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.